**HOME FEDERAL SAVINGS & LOAN ASSOCIATION OF MACON, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

No. 71–2721
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 20, 1972.

———◆———

Cubbedge Snow, Cubbedge Snow, Jr., Macon, Ga., Martin, Snow, Grant & Napier, Macon, Ga., for plaintiff-appellant.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

William J. Schloth, U. S. Atty., Macon, Ga., Charles M. Merkel, Atty., Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Atty., Tax Div., Dept. of Justice, Washington, D. C., William J. Schloth, U. S. Atty., Macon, Ga., Fred B. Ugast, Acting Asst. Atty. Gen., William Massar, Bruce I. Kogan, Attys., Tax Div., Dept. of Justice, Washington, D. C., for defendant-appellee.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

We affirm on the basis of the opinion of the District Court, reported at 330 F.Supp. 852.